# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 7, 2014

## NO. 03-13-00554-CV

**Louvenia Henderson, Appellant**

**v.**

**Federal Home Loan Mortgage Corporation, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY**
**BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE**
**DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE ROSE**

This is an appeal from the judgment signed by the trial court on July 29, 2013. Having reviewed the record, the Court holds that Louvenia Henderson has not prosecuted her appeal and did not comply with the notice from the clerk of this Court. The appeal is thus subject to dismissal. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.